O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR10-120-CAS - 3 |
|---|---|
| Plaintiff, | ) |
| v. | ) FINAL REVOCATION OF |
| BRIAN MIRAMONTES, | ) SUPERVISED RELEASE AND |
| | ) JUDGMENT |
| Defendant. | ) |
| _____ | ) |

On November 28, 2018 and March 11, 2019, this matter came before the Court on Petition on Probation and Supervised Release originally filed on March 2, 2018. Government counsel, John Lulejian, the defendant and his appointed CJA attorney, Anthony Solis, were present. The U.S. Probation Officer, America Bailon, was also present.

The Court questioned the defendant regarding the Petition on Probation and Supervised Release originally filed on March 2, 2018. The allegations were read to the defendant. The defendant was questioned by the Court and advised of his Constitutional Rights. The defendant admitted violation of his supervised release as stated in the petition filed March 2, 2018.

THE COURT FINDS the admissions voluntary and knowledgeable and accepted them.

THE COURT FURTHER FINDS that the defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Order of March 28, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months. Upon release from imprisonment, defendant shall be placed on supervised release for a period of twelve (12) months, under the same terms and conditions previously imposed.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: March 14, 2019

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
Catherine M. Jeang, Deputy Clerk